AO-10 (W2)
Rev. 1/2004

FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. App. §§ 201-111)

| | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James R. Browning | U.S. Court Appeal | July 2004 2003 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge U.S. Court Appeal | ___ Nomination, Date ___  ___ Initial  ✓ Annual  ___ Final | Jan 1 2003 Dec 31 2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 193939 San Francisco, Cal. 9919 3931 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Chairman | Ninth Circuit Historical Society |
| 2 Director on Board | Western Justice Center Foundation |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ■ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

SOURCE AND TYPE                                                                 GROSS

A. Filer's Non-Investment Income

☒ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 2 | | $ |
| 3 | | $ |
| | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

1 _____

2 _____

RECEIVED
Aug 6 10 02 AM '04
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BROWNING James R | 2003 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT



| Name of Person Reporting | Date of Report |
|---|---|
| BROWNING, James R. | 2003 |

## VII Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Codes (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income) | | | | | | | | | |
| 1 U.S. Bank Inc | D | int | M | T | | | | | |
| 2 Acreage Frederick Co Md | B | Rent | M | W | | | | | |
| 3 House Billings Mt. | B | rent | K | W | | | | | |
| 4 House Billings Mt | B | rent | K | W | | | | | |
| 5 Dreyfus Money Market | F | int | M | T | | | | | |
| 6 ATMel Inc. | | | | | Sell | 9/8/03 | J | A | |
| 7 Netopia Inc | None | | J | T | | | | | |
| 8 Wallmart Inc | A | int | J | T | | | | | |
| 9 Federal Express Inc | | | | | Sell | 12/30/03 | K | C | |
| 10 West America BK | A | int | J | T | | | | | |
| 11 Wells Fargo Bk. | A | int | J | T | | | | | |
| 12 Advanced Digital Corp | None | | J | T | | | | | |
| 13 Fundamental Indus | C | int | J | T | | | | | |
| 14 Mill Valley Library Muni Bond | B | int | K | T | | | | | |
| 15 Mine Mt Cascade Co | None | Non operative | W | | | | | | |
| 16 Interphu Corp | | | | | Sell | 9/2/03 | A | | |
| 17 White Electronics | | | | | Sell | 9/5/03 | | | |

1. Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000

2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000, P3=$25,000,001-$50,000,000, P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market
(See Col. C2) U=Book value, V=Other, W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BROWNING James R | 2003 |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

All Stock Transactions are made by Mrs. Browning using her funds inherited by her from her parents. These are totally hers and used for her personal use only.

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § ██████ 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date **July 30, 2004**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544